UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Louis Hebert

        v.                                                                          Civil No. 06-cv-429-JD

US Social Security Administration, Commissioner


ORDER

On March 9, 2007, the court granted a motion for withdrawal of your attorneys. In addition, the court issued an order that an appearance by counsel or pro se was to be filed by March 29, 2007. To date, the court has not received an appearance. In accordance with the provisions of Local Rule 41.1, this case will be dismissed without prejudice if the court does not receive an appearance by April 25, 2007.

      SO ORDERED.

April 10, 2007                                          /s/Joseph A. DiClerico, Jr.
                                                              Joseph A. DiClerico, Jr.
                                                              United States District Judge


cc:    Louis Hebert, pro se
        David Broderick, AUSA