UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Louis Hebert</u>

        v.                     Civil No. 06-cv-429-JD

<u>US Social Security Administration, Commissioner</u>


<u>O R D E R</u>

On March 29, 2007, and again on April 10, 2007, the Court ordered that either a pro se appearance or an attorney appearance be filed on behalf of the plaintiff. As the latest deadline of April 25, 2007 has now passed with no appearance being filed, the case is dismissed without prejudice.


      SO ORDERED.


April 27, 2007                         <u>/s/ Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge


cc:    Louis Hebert, pro
       David Broderick, AUSA